LAWYER J. WRIGHT, Plaintiff, *v.* THE SCHOHARIE VALLEY RAILWAY COMPANY et al., Defendants.

NEW ENGLAND BRICK COMPANY, Appellant, *v.* AUSTIN SIMKINS et al., Respondents.

*Wright* v. *Schoharie Valley Ry. Co.*, 116 App. Div. 542, affirmed.
(Submitted March 9, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 12, 1907, affirming a judgment in which relief demanded by the appellant herein was denied, entered upon a decision of the court at a Trial Term without a jury in an action to foreclose certain mechanics' liens.

*S. L. Mayham* and *C. B. Mayham* for appellant.

*Homer Strong* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.